IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-3010-01-CR-S-GAF |
| | ) | |
| JASON R. McDANIEL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence in which he seeks to have evidence seized as a result of a search of his residence suppressed. An evidentiary hearing was held on December 15, 2006, by Chief United States Magistrate Judge James C. England.

On January 23, 2007, Chief United States Magistrate Judge James C. England issued his Report and Recommendation. On February 9, 2007, Defendant filed his objection to the Report and Recommendation.

Upon careful and independent review of the pending motion, Defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: February 16, 2007