IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-03010-01-CR-S-GAF |
| | ) | |
| JASON R. McDANIEL, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

On March 12, 2009, this Court entered a Preliminary Order of Forfeiture, ordering defendant Jason R. McDaniel to forfeit the following property:

1. $22,540 in United States currency seized from Jason R. McDaniel on March 22, 2005;
2. $30,210[1] in United States currency seized from Jason R. McDaniel on July 15, 2008;
3. Green military style Kevlar jacket, seized from Jason R. McDaniel on May 10, 2006;
4. Ruger, New Model Super Blackhawk .44 caliber revolver;
5. Hi-Point, model C9 9 mm caliber pistol and ammunition;
6. Hi-Standard Sport King .22 caliber pistol;
7. Fabrica De Armas 1916, 7 mm caliber rifle;
8. Norinco Sporter 7.62 x 39 caliber rifle and ammunition;
9. Marlin model 60W .22 caliber rifle;
10. Assorted ammunition;
11. Ruger Ranch Rifle .223 caliber;
12. Howa Model 1500 .223 caliber rifle with scope;
13. SKS assault rifle with scope;
14. Harrington and Richardson Tamer Model SB1 .410 gauge shotgun;
15. Ithaca Model 37 .20 gauge shotgun;
16. J.P. Sauer and Sohn .44 caliber mag revolver pistol;
17. H and R Model 949, .22 LR revolver pistol;

---

[1] Although the preliminary order of forfeiture lists the currency seized on July 15, 2008, as $30,010, when officers retrieved the currency from Taney County and deposited it in the bank, the correct amount was determined to be $30,210.

18. Smith and Wesson Model SW40F .40 caliber semi auto pistol with magazine and ten .40 caliber rounds;
19. Remington 1911 Handgun with loaded magazine;
20. Walther .22 Handgun with loaded magazine; and
21. Partial Box of .22 caliber ammunition.

The United States Marshals Service properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property on the Internet site *www.forfeiture.gov* for at least thirty consecutive days, beginning on March 31, 2009, and ending April 29, 2009. An Affidavit of Publication was filed on May 8, 2009, specifying the details of this publication. (Doc. 128.) No claims were filed by third parties in this matter.

Therefore, it is hereby **ORDERED, ADJUDGED AND DECREED**:

1. $22,540 in United States currency seized from Jason R. McDaniel on March 22, 2005;
2. $30,210 in United States currency seized from Jason R. McDaniel on July 15, 2008;
3. Green military style Kevlar jacket, seized from Jason R. McDaniel on May 10, 2006;
4. Ruger, New Model Super Blackhawk .44 caliber revolver;
5. Hi-Point, model C9 9 mm caliber pistol and ammunition;
6. Hi-Standard Sport King .22 caliber pistol;
7. Fabrica De Armas 1916, 7 mm caliber rifle;
8. Norinco Sporter 7.62 x 39 caliber rifle and ammunition;
9. Marlin model 60W .22 caliber rifle;
10. Assorted ammunition;
11. Ruger Ranch Rifle .223 caliber;
12. Howa Model 1500 .223 caliber rifle with scope;
13. SKS assault rifle with scope;
14. Harrington and Richardson Tamer Model SB1 .410 gauge shotgun;
15. Ithaca Model 37 .20 gauge shotgun;
16. J.P. Sauer and Sohn .44 caliber mag revolver pistol;
17. H and R Model 949, .22 LR revolver pistol;
18. Smith and Wesson Model SW40F .40 caliber semi auto pistol with magazine and ten .40 caliber rounds;
19. Remington 1911 Handgun with loaded magazine;
20. Walther .22 Handgun with loaded magazine; and
21. Partial Box of .22 caliber ammunition

are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853(n).

**IT IS FURTHER ORDERED THAT** all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

**IT IS FURTHER ORDERED THAT** the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**IT IS SO ORDERED**.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: May 29, 2009